# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

DENNIS P. MURPHY, Guardian ad Litem for N.E. D.,
an incapacitated minor, JACOB DOTSON, and
DOMINIQUE BILLY, both individually and as next
friend of minors I.C. and S.D.,

      Plaintiffs,

v.                                                                17-cv-384 JAP/WPL

UNITED STATES OF AMERICA,

      Defendant.

## ORDER SETTING FORTH DEADLINES FOR LIABILITY DISCOVERY

This case came before me for a Rule 16 initial scheduling conference. At the request of the parties, no termination date for discovery will be set at this time.

All expert liability witnesses must be disclosed by the parties, even if the expert is not required to submit an expert report. *See* FED. R. CIV. P. 26(a)(2)(B) & (C); D.N.M.LR-Civ. 26.3(b). Plaintiffs shall identify in writing any expert liability witness to be used by Plaintiffs at trial and provide expert reports under Rule 26(a)(2)(B) or summary disclosures under Rule 26(a)(2)(C) no later than **September 25, 2017**. All other parties shall identify in writing any expert liability witness to be used by such parties at trial and provide expert reports under Rule 26(a)(2)(B) or summary disclosures under Rule 26(a)(2)(C) no later than **November 6, 2017**.

IT IS SO ORDERED.

                                                            *William P. Lynch*
                                                             William P. Lynch
                                                             United States Magistrate Judge