# William W. Spangler MD FACEP
## 1636 Arlington Street
## Houston, Texas 77008
## 281-450-7980
## Fax: 832-409-5295
### wspanglermd@gmail.com

### PROFESSIONAL FEE SCHEDULE

Standard Rate (review, conversations, consultations, etc.)   $450.00 per hour

Presence at Deposition or Trial Venue   $650.00 per hour
(4 hour minimum)

Travel outside of Harris County, Texas*   $250.00 per hour**

*In addition to above noted fees

**Plus expenses (car rental, airline, hotel, meals, out of pocket)
**$2000.00 maximum per day

Effective July 1, 2014



EXHIBIT
C
1:17-cv-00384-JAP-JHR