# CURRICULUM VITAE
# William W. Spangler MD FACEP

## PERSONAL INFORMATION

| | |
|---|---|
| Name: | William W. Spangler |
| Date of Birth: | January 13, 1958 |
| Place of Birth: | Norristown, PA |
| Address: | 1636 Arlington Street |
| | Houston, TX  77008 |
| Telephone: | 281-450-7980 |
| Fax: | 832-409-5295 |
| E-Mail: | wspanglermd@gmail.com |

## POSITIONS

### Administrative

**2007 – Present:**  Travel Guard
Medical Director:  2009 – Present
Assistant Medical Director:  2007 – 2009
2929 Allen Parkway – 14th Floor
Houston, TX  77019

**1997 – 2007:**  Southeast Emergency Physician Associates
 - Founding Partner and Owner
Vice President – Medical Affairs: 2001-2002, 2004-2007
Regional Medical Director:       1997-2001
1120 NASA Road One   Suite 205
Houston, TX  77058

**1991 – 1997:**  Medical Director of Emergency Services
Chairman – Department of Emergency Medicine
Christus St. Joseph Hospital
1401 St. Joseph Parkway
Houston, TX  77002

**1987 – 1991:**  Assistant Medical Director of Emergency Services
Leonard Chabert Memorial Medical Center
1978 Industrial Boulevard
Houma, LA  70363

Clinical

|  |  |
|---|---|
| 2017 – Present | Attending Emergency Physician<br>SignatureCare Emergency Center<br>Multiple locations in Houston, TX |
| 2012 – Present | Attending Emergency Physician<br>Sacred Heart Emergency Center<br>9774 Katy Freeway<br>Houston, TX  77055 |
| 2003 – Present: | Staff Physician<br>Travel Guard<br>2929 Allen Parkway – 14th Floor<br>Houston, TX  77019 |
| 2000 – 2014: | Attending Emergency Physician<br>Christus St. Catherine Hospital<br>701 South Fry Road<br>Katy, TX  77450 |
| 1997 – 2008: | Attending Emergency Physician<br>Christus St. John Hospital<br>18300 St. John Drive<br>Nassau Bay, TX  77058 |
| 1997 – 2004: | Attending Emergency Physician<br>Brazosport Memorial Hospital<br>100 Medical Drive<br>Lake Jackson, TX  77566 |
| 1991 – 2004: | Attending Emergency Physician<br>Christus St. Joseph Hospital<br>1401 St. Joseph Parkway<br>Houston, TX  77002 |
| 1987 – 1991: | Attending Emergency Physician<br>Leonard Chabert Memorial Medical Center<br>1978 Industrial Boulevard<br>Houma, LA  70363 |

    1988 – 1991:    Attending Emergency Physician
                              Pendleton Memorial Methodist Hospital
                              5620 Read Boulevard
                              New Orleans, LA

    1987 – 1991:    Clinical Instructor – Emergency Medicine
                              Louisiana State University – Charity Hospital
                              New Orleans, LA

                              Clinical Instructor – Emergency Medicine
                              Alton Oschner Medical Foundation
                              New Orleans, LA

Other

    2004 – Present:    Team Physician
                                National Football League
                                Houston Texans

## EDUCATION

Postgraduate

    1985 – 1987:    Residency – Emergency Medicine
                              East Carolina University School of Medicine
                              Pitt County Memorial Medical Center
                              Greenville, NC  27835

    1984 – 1985:    Internship – Emergency Medicine
                              East Carolina University School of Medicine
                              Pitt County Memorial Medical Center
                              Greenville, NC  27835

Graduate

    1980 – 1984:    Pennsylvania State University College of Medicine
                              Milton S. Hershey Medical Center
                              Hershey, PA
                              Degree Awarded: MD

Undergraduate

    1976 – 1980    Albright College
                              Reading, PA
                              Degree Awarded: BS (Biology)

## CERTIFICATIONS

American Board of Emergency Medicine
Date of original certification: 11-88
Date of recertification: 12-97, 12-07
Identification number: 870601

Federal Licensure Examination (FLEX)
Date of certification: 12-87
Identification number: 580113903

National Board of Medical Examiners
Date of certification: 7-85
Identification number: 299760

Advanced Cardiac Life Support
- Instructor

Advanced Trauma Life Support
- Instructor

Pediatric Advanced Life Support
- Provider

## LICENSURE

Texas State Board of Medical Examiners
P.O. Box 2018
Austin, TX  78768-2018
License Number: J0680

Louisiana State Board of Medical Examiners
License Number: 07617R (inactive)

Board of Medical Examiners of the State of North Carolina
License Number: 29419 (inactive)