| | |
|---|---|
| **From:** | Rayeann Marcelli |
| **To:** | Langenwalter, Erin (USANM); Ted Barudin; Ronald Kaplan; Carpenter, William |
| **Cc:** | Tracy Kjelland; Lorraine Romero; Meiers, JoAnne (USANM); Lynette Reese |
| **Subject:** | RE: Murphy v USA |
| **Date:** | Tuesday, April 10, 2018 9:51:27 AM |

Good morning Ms. Langenwalter:

Our offices would like to inquire if Dr. Sharon would be available for his deposition on May 1st or May 2nd?  We believe that would be easier on all parties concerned, as we would be able to get them done in one trip.  Please hold May 3rd and 4th for the depositions of Dr. Spangler and Dr. Dasheiff.  Please contact our office as soon as possible regarding alternative dates for Dr. Sharon.

Thank you.

RayeAnn Marcelli
Paralegal
Barudin Law Firm
7900 Menaul Blvd. NE
Albuquerque, NM  87110
(505) 332-1800
(505) 271-1888 (facsimile)

CONFIDENTIALITY NOTICE
This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error, and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify RayeAnn Marcelli by return email to rayeann@barudinlaw.com or at the telephone number (505) 332-1800. You will be reimbursed for reasonable costs incurred in notifying us.

-----Original Message-----
From: Langenwalter, Erin (USANM) [mailto:Erin.Langenwalter@usdoj.gov]
Sent: Monday, April 09, 2018 2:53 PM
To: Ted Barudin <tbarudin@barudinlaw.com>; Ronald Kaplan <rik@kaplanlegal.com>; Carpenter, William <bill@carpenter-law.com>
Cc: Rayeann Marcelli <Rayeann@barudinlaw.com>; Tracy Kjelland <tracy@barudinlaw.com>; Lorraine Romero <lsromero@carpenter-law.com>; Meiers, JoAnne (USANM) <JoAnne.Meiers@usdoj.gov>
Subject: Re: Murphy v USA

Dr. Spangler is not available on May 4, but could do May 3.

Erin E. Langenwalter
Assistant United States Attorney
District of New Mexico

201 Third Street NW, Suite 900
Albuquerque, NM 87102
Direct: 505.224.1471
Erin.langenwalter@usdoj.gov<mailto:Erin.langenwalter@usdoj.gov>

On Apr 9, 2018, at 1:38 PM, Langenwalter, Erin (USANM) <ELangenwalter@usa.doj.gov<mailto:ELangenwalter@usa.doj.gov>> wrote:

Ted,

Dr. Sharon is available in Colorado Springs on April 24 in the am.  He is also available May 3 after 9am, but...

Dr. Dasheiff is available May 3 or 4 in Plano, TX.  I am waiting to confirm, but, I believe Dr. Spangler is also available on May 3 or 4 in Houston, if you want to do those on one trip.

Ms. Garcia is available in Albuquerque on April 25, 30, or May 1.

Erin E. Langenwalter
Assistant United States Attorney
District of New Mexico
201 Third Street NW, Suite 900
Albuquerque, NM 87102
Direct: 505.224.1471
Erin.langenwalter@usdoj.gov<mailto:Erin.langenwalter@usdoj.gov>

From: Ted Barudin <tbarudin@barudinlaw.com<mailto:tbarudin@barudinlaw.com>>
Sent: Monday, April 09, 2018 9:38 AM
To: Langenwalter, Erin (USANM) <ELangenwalter@usa.doj.gov<mailto:ELangenwalter@usa.doj.gov>>; Ronald Kaplan <rik@kaplanlegal.com<mailto:rik@kaplanlegal.com>>; Carpenter, William <bill@carpenter-law.com<mailto:bill@carpenter-law.com>>
Cc: Rayeann Marcelli <Rayeann@barudinlaw.com<mailto:Rayeann@barudinlaw.com>>; Tracy Kjelland <tracy@barudinlaw.com<mailto:tracy@barudinlaw.com>>; Lorraine Romero <lsromero@carpenter-law.com<mailto:lsromero@carpenter-law.com>>
Subject: Murphy v USA

Erin

We would like to take the depositions of your expert medical persons (Drs. Spangler, Dashieff, and Sharon) the weeks of April 23 and 30th. Given that discovery ends May 7, 2018, time is of the essence. I will send the depo notices once hear from you. We will also take the deposition of Darius Garcia within the same time period.

Ted Barudin
Barudin Law Firm, P.C.
7900 Menaul Blvd. NE
Albuquerque, NM 87110
(505) 332-1800<tel:%28505%29%20332-1800>
(505) 271-1888<tel:%28505%29%20271-1888> (fax)  <image001.jpg>
WARNING: This message originates from Barudin Law Firm. It contains attorney privileged information, which is confidential and is intended only for the individual(s) or entity named above. You are hereby notified that any printing, distribution, or copying of this electronic message is strictly prohibited. If you have received this email in error, please reply and notify us immediately at (505) 332-1800<tel:%28505%29%20332-1800>.