# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

DENNIS MURPHY, Guardian Ad Litem
For N.E. D., an incapacitated minor; JACOB DOTSON;
DOMINIQUE BILLY, individually and as next friend of I.C.
and S.D., minors,

     Plaintiffs,               No. 1:17-cv-00384-JAP-JHR

vs.

THE UNITED STATES OF AMERICA,

     Defendant.

## ORDER ON PLAINTIFFS' MOTION TO COMPEL [Doc. 101]

THIS MATTER comes before the Court on the Plaintiffs' *Motion to Compel, or Alternatively, to Strike Defendants' Affirmative Defenses,* [Doc. 101]. The Court finds that Defendant United States of America did provide discovery responses after Plaintiffs filed their Motion to Compel, making the motion moot and entitling Plaintiffs to be reimbursed for "reasonable expenses incurred in making the motion, including attorney's fees" under Federal Rule of Civil Procedure, Rule 37(a)(5)(A), unless certain circumstances apply. The Court need not determine whether such circumstances apply, as Plaintiffs waive their right to assert such claim for attorney's fees and expenses.

IT IS HEREBY ORDERED that Plaintiffs' Motion to Compel is moot and Plaintiffs waive their claim for any payment of attorney's fees and costs under Federal Rules of Civil Procedure, Rule 37(a)(5)(A).

                                _____

                                The Honorable Jerry H. Ritter
                                United Stated Magistrate Judge

SUBMITTED:

*/s/ Theodore W. Barudin 7-13-18*
Theodore W. Barudin
BARUDIN LAW FIRM, P.C.
7900 Menaul NE
Albuquerque, NM 87110
(505) 332-1800
tbarudin@barudinlaw.com

William H. Carpenter
WILLIAM H. CARPENTER LAW OFFICE
Post Office Box 35070
Albuquerque, NM  87176-5070
(505) 243-1336
bill@carpenter-law.com

Ronald I. Kaplan, MD, JD
KAPLAN & LUKOWSKI, LLP
333 Sandy Springs Circle
Suite 200
Atlanta, Georgia 30328
(404) 845-0012 (x202)
rik@kaplanlegal.com

*Attorneys for Plaintiffs*


APPROVED:

*Approved   7-16- 18*
Erin Langenwalter
United States Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM 87103
505-346-7282
Erin.Langenwalter@usdoj.gov

Ruth Fuess Keegan
United States Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM 87103

505-346-7282
Ruth.F.Keegan@usdoj.gov

*Attorneys for Defendant*