IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEW MEXICO

DENNIS MURPHY, Guardian Ad Litem for N.E.D., an
incapacitated minor; JACOB
DOTSON; DOMINQUE BILLY, individually and as next
friend of I.C. and S.D., minors

        Plaintiffs,

v.   No. 1:17-cv-00384 JAP/JHR

THE UNITED STATES OF AMERICA,

        Defendant.

### PLAINTIFFS' OBJECTIONS TO DEFENDANT'S COUNTER-DESIGNATIONS

Plaintiffs hereby file their objections to Defendant's counter-designations filed March 4, 2019 (Doc. 154).

### Stephen Waite, M.D. - Videotaped Deposition, November 9, 2017

| *Plaintiffs' Designations (Page/Lines)* | *Defendant United States' Objections* | *United States' Counter-Designations* | *Plaintiffs' Objections* | *Court's Ruling* |
|---|---|---|---|---|
| 6:7-9 | FRE 106/FRCP 32(a)(6) (misleading and incomplete without United States' counter designation) | 6:7 – 7:5; 7:24 – 9:2 | FRE 403 | |
| 8:23-25 | FRE 106/FRCP 32(a)(6) | | | |
| 9:6-25 | FRE 106/FRCP 32(a)(6) | 13:5 – 15:10 | FRE 403 | |
| 10:1-15 | FRE 106/FRCP 32(a)(6) | | | |
| 11:2-13 | FRE 106/FRCP 32(a)(6) | | | |
| 15:8-10 | FRE 106/FRCP 32(a)(6) | | | |
| 16:4-6 | FRE 401 (relevance) | | | |
| 19:20-25 | FRE 401 (relevance) | | | |
| 20:1-2, 23-25 | FRE 106/FRCP 32(a)(6) | 20:3, 20:7-8 | | |
| 21:1-4 | FRE 106/FRCP 32(a)(6) | | | |

2

| | | | | |
|---|---|---|---|---|
| 22:5-20, 25 | FRE 401 (relevance); and FRE 403 (any probative value outweighed by unfair prejudice) | | | |
| 23:1-7, 12-13 | FRE 401/403/106/FRCP 32(a)(6) | | | |
| 23:18-24 | FRE 106/FRCP 32(a)(6) | | | |
| 27:24-25 | FRE 106/FRCP 32(a)(6) | | | |
| 28:1-25 | FRE 106/FRCP 32(a)(6) | | | |
| 29:1-25 | FRE 106/FRCP 32(a)(6) | | | |
| 30:1 | FRE 106/FRCP 32(a)(6) | | | |
| 31:11-16 | FRE 106/FRCP 32(a)(6) | | | |
| 34:8-11 | FRE 106/FRCP 32(a)(6) | | | |
| 36:3-37:2 | FRE 106/FRCP 32(a)(6) | | | |
| 37:19-25 | FRE 106/FRCP 32(a)(6) | | | |
| 38:1-25 | FRE 106/FRCP 32(a)(6) | | | |
| 39:1-25 | FRE 106/FRCP 32(a)(6) | | | |
| 40:1-19 | FRE 106/FRCP 32(a)(6) | | | |
| 41:13-15 | FRE 106/FRCP 32(a)(6) | | | |
| 42:4-19, 23-25 | FRE 106/FRCP 32(a)(6) | | | |
| 43:1-5 | FRE 106/FRCP 32(a)(6) | | | |

| | | | | |
|---|---|---|---|---|
| 43:18-44:20 | FRE 106/FRCP 32(a)(6) | | | |
| 45:18-23, 25 | FRE 106/FRCP 32(a)(6) | | | |
| 46:1-13 | FRE 106/FRCP 32(a)(6) | | | |
| 49:8-50:1 | FRE 106/FRCP 32(a)(6) | | | |
| 50:9-21 | FRE 106/FRCP 32(a)(6) | | | |
| 51:25- 52:25 | FRE 106/FRCP 32(a)(6) | | | |
| 53:1-54:17 | FRE 106/FRCP 32(a)(6) | | | |
| 55:9-19 | FRE 106/FRCP 32(a)(6) | | | |
| 55:25-57:16 | FRE 106/FRCP 32(a)(6) | | | |
| 57:25-60:20 | FRE 106/FRCP 32(a)(6) | | | |
| 61:16-25 | FRE 106/FRCP 32(a)(6) | | | |
| 62:4-8, 19-21 | FRE 106/FRCP 32(a)(6) | | | |
| 64:18- 65:13 | FRE 106/FRCP 32(a)(6) | | | |
| 66:21-25 | FRE 106/FRCP 32(a)(6) | | | |
| 67:7-25 | FRE 106/FRCP 32(a)(6) | | | |
| 69:17-21 | FRE 106/FRCP 32(a)(6) | | | |
| 71:19-72:2 | FRE 106/FRCP 32(a)(6) | | | |
| 76:23-77:25 | FRE 106/FRCP 32(a)(6) | | | |
| 78:18-23 | FRE 106/FRCP 32(a)(6) | | | |
| 79:22-80:2 | FRE 106/FRCP 32(a)(6) | | | |
| 83:6-22 | FRE 106/FRCP 32(a)(6) | | | |
| 88:4-11 | FRE 106/FRCP 32(a)(6) | 86:11 – 88:11; 89:5 – 90:5 | FRE 402, 403, 401, 602 | |
| 90:11-21 | FRE 106/FRCP 32(a)(6) | | | |
| 91:3-92:14 | FRE 106/FRCP 32(a)(6) | | | |
| | | | | |

**Kelli Coggins, R.N., Videotaped Deposition February 21, 2018**

| *Plaintiffs' Designations (Page/Lines)* | *Defendant United States' Objections* | *United States' Counter-Designations* | *Plaintiffs' Objections* | *Court's Ruling* |
|---|---|---|---|---|
| 6:20 – 21 | FRE 106/FRCP 32(a)(6) | | | |
| 11:6-17, 20-24 | FRE 106/FRCP 32(a)(6) | 9:25 – 10:3, 6-13; 13:2-11 | | |
| 33:25 – 34:2 | FRE 106/FRCP 32(a)(6) | | | |
| 34:5 – 35:3 | FRE 106/FRCP 32(a)(6) | | | |
| 35:6-17, 20-25 | FRE 106/FRCP 32(a)(6) | | | |
| 36:1-9 | FRE 106/FRCP 32(a)(6) | 36:12-13, 16-17 | FRE 401, 402, 601, 602 | |
| 38:5 – 39:4 | FRE 106/FRCP 32(a)(6) | 39:20-25; 41:7-9; 50:12-23; | | |

3

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | 55:1-8, 12-13; 64:7-11, 15-6; 65:4-8; 70:23-25: | FRE 401, 402, 601, 602, 701 |  |
| 70:8 – 72:9 | FRE 802 (double hearsay) |  |  |  |
| 73:13 – 19 | FRE 106/FRCP 32(a)(6) |  |  |  |
| 74:14 – 75:11 | FRE 106/FRCP 32(a)(6) |  |  |  |
| 75:14 – 76:16 | FRE 106/FRCP 32(a)(6) |  |  |  |
| 76:18 – 77:8 | FRE 106/FRCP 32(a)(6) |  |  |  |
| 77:11 – 78:6 | FRE 106/FRCP 32(a)(6) |  |  |  |
| 78:10 – 15 | FRE 106/FRCP 32(a)(6) |  |  |  |
| 78:18 – 79:5 | FRE 106/FRCP 32(a)(6) |  |  |  |
| 79:7-13, 16-21 | FRE 106/FRCP 32(a)(6) |  |  |  |
| 79:24 – 25 | FRE 106/FRCP 32(a)(6) |  |  |  |
| 80:6 – 81:12 | FRE 602 (Lack of personal knowledge); Peer review privilege, *see* NMSA 1978 § 41-9-5; self-critical or self-evaluation privilege, *Weekoty v. United States*, 30 F. Supp. 2d 1343, 1348 (D.N.M. 1998). |  |  |  |
| 81:20 – 22 | Peer review privilege, *see* NMSA 1978 § 41-9-5; self-critical or self-evaluation privilege, *Weekoty v. United States*, 30 F. Supp. 2d 1343, 1348 (D.N.M. 1998). |  |  |  |
| 81:24 – 82:8 | FRE 106/FRCP 32(a)(6) |  |  |  |
| 82:10 – 11, 14-23 | FRE 106/FRCP 32(a)(6) |  |  |  |
| 83:1 | FRE 106/FRCP 32(a)(6) |  |  |  |
| 88:22 – 89:14 | FRE 106/FRCP 32(a)(6) | 88:16-17; 88:20-21 |  |  |
| 89:20 – 90:2 | FRE 106/FRCP 32(a)(6) |  |  |  |
| 90:13 – 91:5 | FRE 106/FRCP 32(a)(6) |  |  |  |
| 91:8 – 16 | FRE 106/FRCP 32(a)(6) |  |  |  |
| 91:19 – 92:6 | FRE 106/FRCP 32(a)(6) |  |  |  |
| 92:10-18, 20-24 | FRE 106/FRCP 32(a)(6) |  |  |  |
| 93:1-9 | FRE 106/FRCP 32(a)(6) | 93:5-12; 93:15-19; 93:21-22 | FRE 401, 402, 601, 602, |  |

**Richard Tyler, Videotaped Deposition March 19, 2018**

| *Plaintiffs' Designations (Page/Lines)* | *Defendant United States' Objections* | *United States' Counter-Designations* | *Plaintiffs' Objections* | *Court's Ruling* |
|---|---|---|---|---|
| 5:3-8 | FRE 403/106/FRCP 32(a)(6) | | | |
| 7:21-8:16 | FRE 403/106/FRCP 32(a)(6); FRE 602 (Lack of Personal knowledge) | 5:12-15; 5:18-6:5; 6:10-14; 9:24-10:2; 10-14-17; 12:7-11; 16:6-12: 17:4-6; 23:16-17, 20; 38:7-11, 14-17; | FRE 401, 402, 403, 602 FRE 401, 402, 403, 602 FRE 401, 402, 403, 602 FRE 401, 402, 403, 602 FRE 401, 402, 403, 602 FRE 401, 402, 403, 602 FRE 401, 402, 403, 602 FRE 401, 402, 403, 602 FRE 401, 402, 403, 602 FRE 401, 402, 403, 602 | |
| 12:12-13:20; 25 | FRE 403/106/FRCP 32(a)(6); FRE 602 (Lack of Personal knowledge) | | | |
| 14:10-15:24 | FRE 403/106/FRCP 32(a)(6) | 23:16-17, 20. | FRE 401, 402, 403, 602 | |
| 18:18-19:6 | FRE 403/106/FRCP 32(a)(6) | 22:24-23:2 | FRE 401, 402, 403, 602 | |
| 29:14-30:25 | FRE 403/106/FRCP 32(a)(6); FRE 701 (Lay witness testimony) | 33:13-15; 34:10-12; 38:7-11, 14-17 | FRE 401, 402, 403, 602 | |

**Ernest Sandoval, Videotaped Deposition, March 19, 2018**

| *Plaintiffs' Designations (Page/Lines)* | *Defendant United States' Objections* | *United States' Counter-Designations* | *Plaintiffs' Objections* | *Court's Ruling* |
|---|---|---|---|---|
| 5:5-12 | FRE 403/106/FRCP 32(a)(6) | 5:5-12; 5:16-18; 5:22-25 – 6:3; 7:1-5 | | |
| 8:2-10 | FRE 403/106/FRCP 32(a)(6) | | | |
| 9:19-21 | FRE 401 (relevance); | | | |
| 11:3-16 | FRE 602 (Lack of personal knowledge); FRE 802 (hearsay) | 10:6-20; 11:3-6 | | |
| 21:1-9, 12-25 | FRE 403/106/FRCP 32(a)(6); FRE 602 (Lack of Personal knowledge); FRE 701 (Lay witness testimony) | | | |

| | | | | |
|---|---|---|---|---|
| 22:1-11, 15-25 | FRE 602 (Lack of Personal knowledge); FRE 701 (Lay witness testimony) | | | |
| 23:1-12 | FRE 602 (Lack of Personal knowledge); FRE 701 (Lay witness testimony) | | | |
| 26:10-11, 13-25 | FRE 602 (Lack of Personal knowledge); FRE 701 (Lay witness testimony) | | | |
| 27:1-7, 12-19 | FRE 602 (Lack of Personal knowledge); FRE 701 (Lay witness testimony) | | | |
| 29:9-24 | FRE 602 (Lack of Personal knowledge); FRE 701 (Lay witness testimony) | | | |
| 30:17 – 31:1-6 | FRE 602 (Lack of Personal knowledge); FRE 701 (Lay witness testimony); FRE 802 (hearsay) | 34:1-7; 36:1-17; 54:1-7, 10-11; | | |
| 60:15-22 | FRE 602 (Lack of Personal knowledge); FRE 701 (Lay witness testimony); FRE 802 (hearsay) | 64:1-3, 6-12 | | |
| 64:13 – 66:8 | FRE 602 (Lack of Personal knowledge); FRE 701 (Lay witness testimony) | | | |
| 72:5-13, 16 | FRE 106/FRCP 32(a)(6) | | | |
| 75:24 – 76:6 | FRE 106/FRCP 32(a)(6) | | | |
| 76:8 – 77:17 | FRE 106/FRCP 32(a)(6) | | | |
| 77:20-24 | FRE 106/FRCP 32(a)(6) | | | |
| 78:2-12 | FRE 106/FRCP 32(a)(6) | | | |
| 78:14 – 79:1 | FRE 106/FRCP 32(a)(6) | 79:7 – 80:14 | FRE 401, 402, 403, 602 | |
| 80:19 – 81:1 | FRE 106/FRCP 32(a)(6) | 81:22 – 82:10 | | |

**Ella Begay, Videotaped deposition, November 7, 2017**

| *Plaintiffs' Designations (Page/Lines)* | *Defendant United States' Objections* | *United States' Counter-Designations* | *Plaintiffs' Objections* | *Court's Ruling* |
|---|---|---|---|---|
| 6:11 – 13 | FRE 403/106/FRCP 32(a)(6) | 6:11 – 13; 8:7-23 – 9:6; 10:7-15; 11:10-13, 16-21; 13:16-20; 14:1-6 | FRE 403 | |
| 18:17 – 19:1 | FRE 403/106/FRCP 32(a)(6); FRE 602 | 16:2-17; 17:17-19; 23:15-18; 23:22-24 | FRE 403 | |
| 19:13 – 18 | FRE 403/106/FRCP 32(a)(6); FRE 602 | 19:2-12, 15-18 | FRE 401, 403 | |
| 20:18 – 21:21 | FRE 401/403 | | | |
| 23:5 – 8 | FRE 401/403 | | | |
| 24:5 – 10 | FRE 401/403 | 25:4-7 | FRE 401, 403 | |
| 26:14 – 27:15 | FRE 401/403/106/FRCP 32(a)(6); | 27:8-15 | FRE 401, 403 FRCP 32(a)(6) | |
| 30:14 – 32:6 | FRE 106/FRCP 32(a)(6) | 32:11-16 32:17 – 33:1; 33:4-12; 48:21-24; 49:2-4 | FRE 401, 403 FRCP 32(a)(6) | |
| 32:17 – 33:17, 20-25 | FRE 106/FRCP 32(a)(6) | 34:17-20 48:21-24; 49:2-4 | FRE 401, 403 | |
| 35:8 – 25 | FRE 106/FRCP 32(a)(6) | 35:1-6; 35:14-21 | FRE 401, 403 | |
| 36:8 – 20 | FRE 106/FRCP 32(a)(6) | 36:18-23 | FRE 401, 403 | |
| 37:5 – 38:2 | FRE 106/FRCP 32(a)(6) | | | |
| 38:6 – 7 | FRE 106/FRCP 32(a)(6) | | | |
| 38:9-12, 14-15, 17-25 | FRE 106/FRCP 32(a)(6) | | | |
| 39:1-12, 21-25 | FRE 802 (hearsay) | | | |
| 40:1-3, 10-25 | FRE 802 (hearsay) | | | |
| 41:1-4 | FRE 802 (hearsay) | | | |
| 44:4 – 9 | FRE 106/FRCP 32(a)(6) | 44:10-13 | FRE 401, 403 | |
| 45:15 – 46:20 | FRE 106/FRCP 32(a)(6) | 63:8-19 | FRE 401, 403 | |
| 46:23 – 47:3 | FRE 106/FRCP 32(a)(6) | 46:21-22 | FRE 401, 403 | |

| | | | | |
|---|---|---|---|---|
| 49:9 – 15 | FRE 106/FRCP 32(a)(6) | | | |
| 50:7 – 51:3 | FRE 602; FRE 701 | | | |
| 52:22 – 25 | FRE 106/FRCP 32(a)(6) | | | |
| 56:12 – 58:1 | FRE 106/FRCP 32(a)(6) | | | |
| 59:12 – 61:16 | FRE 106/FRCP 32(a)(6) | 59:5-11; 60:20-22; 61:12-16, 20-21; 62:18-24; | FRE 701 | |
| 61:20 – 62:2 | FRE 106/FRCP 32(a)(6) | 59:5-11; 60:20-22 | FRE 701 | |
| 63:8 – 19 | FRE 106/FRCP 32(a)(6) | 64:1-5 | FRE 401, 403, 701 | |
| 64:13 – 65:8 | FRE 602; FRE 701 | | | |

### Philip McNeil, MD, Videotaped Deposition, March 19, 2018

| *Plaintiffs' Designations (Page/Lines)* | *Defendant United States' Objections* | *United States' Counter-Designations* | *Plaintiffs' Objections* | *Court's Ruling* |
|---|---|---|---|---|
| 5:5-14 | FRE 106/FRCP 32(a)(6) | | | |
| 8:10-12:14 | FRE 602; FRE 802 | 12:18-20; 15:18-22; 47:18-48:4 | | |
| 12:24-13:18 | FRE 602; FRE 802. *See 63:22 – 64:4; 64:10-15 of Judy Romero's deposition.* | 14:9-11; 14:22 – 15:1; 19:20-24; 24:7-13; 28:21 – 29:18; 42:21 – 43:18; 44:2-9; 44:13 – 45:2 | FRE 401,402,603<br><br>FRE 401,402,603<br><br>FRE 401,402,603<br>FRE 401,402,603 | |
| 34:18-36:22 | FRE 602; FRE 802 | | | |

**Judy Romero, Ph.D., Deposition of April 3, 2018**

| *Plaintiffs' Designations (Page/Lines)* | *Defendant United States' Objections* | *United States' Counter-Designations* | *Plaintiffs' Objections* | *Court's Ruling* |
|---|---|---|---|---|
| 3:10-13, 24-25 | FRE 106/FRCP 32(a)(6) | 4:1-5, 11-19; 13:23 – 14:14; | | |
| 31:23-32:25 | FRE 106/FRCP 32(a)(6); FRE 602; FRE 802 | 9:13-15; 32:13-20; 32:24 – 33:12; 47:23-48:5; 48:11-14; 54:4-10; 55:10– 56:10; 61:10-13; 63:22 – 64:4; 64:10-15 | | |
| 74:24-75:2 | FRE 403; FRE 602 | | | |
| 75:5-6, 9-25 | FRE 403; FRE 602 | | | |
| 76:1-4 | FRE 403; FRE 602 | 76:11-15 | FRE 401,403,602, 603, 703 | |
| | | | | |

Respectfully submitted,

*/s/ Theodore W. Barudin*
Theodore W. Barudin
BARUDIN LAW FIRM, P.C.
7900 Menaul Blvd. NE
Albuquerque, New Mexico 87110
(505) 332-1800
tbarudin@barudinlaw.com

William H. Carpenter
WILLIAM H. CARPENTER LAW OFFICE
Post Office Box 35070
Albuquerque, NM  87176-5070
(505) 243-1336
bill@carpenter-law.com

Ronald I. Kaplan, MD, JD
KAPLAN & LUKOWSKI, LLP
333 Sandy Springs Circle
Suite 200
Atlanta, Georgia 30328
(404) 845-0012
rik@kaplanlegal.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 8, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

      For Defendant:      Erin Langenwalter – Erin.Langenwalter@usdoj.gov
                                Ruth F. Keegan - Ruth.F.Keegan@usdoj.gov

*/s/ Theodore W. Barudin*
***Theodore W. Barudin***