# FINAL SUMMARY OF DISBURSEMENTS
*Dennis Murphy, et al., vs. United States of America*
*Case No. 17-CV-00384-JAP-JHR*

| | | | | |
|---|---|---|---|---|
| **GROSS Judgment** | | | | $15,357,497.00 |
| Past Medical Expenses | $ | 500,000.00 | | |
| Dominique Billy Past Medical Care | $ | 637,840.00 | | |
| Future Medical Needs | $ | 14,219,657.00 | | |
| | | 15,357,497.00 | | |
| **LESS Attorney Fees, Tax and Costs** | | | | $4,245,724.73 |
| Attorney's Fees (25%) | | | 3,839,374.25 | |
| NM Gross Receipts Tax (7.875%) | | | 302,350.72 | |
| Costs Advanced * (See Exhibit 1, 2 & 3) | | | 103,999.76 | |
|    T.Barudin costs | $ | 42,223.05 | | |
|    W.Carpenter costs | $ | 39,696.45 | | |
|    R.Kaplan costs | $ | 22,080.26 | | |
| * *Less any costs awarded by the Court on Plaintiffs' Bill of Costs (Doc 278) totaling $13,852.84* | $ | 103,999.76 | | |
| | | | | |
| **NET Judgment** | | | | $11,111,772.27 |
| | | | | |
| **LESS Healthcare lien *** (Plaintiffs' will satify BC/BS lien) | | | | $ ___ , ___ . ___ |
| | | | | |
| **BALANCE to client** | | | | |

**ACCEPTED:**

_____     Dated: _____
**Dennis Murphy**

_____     Dated: _____

*Unless otherwise listed above as paid by ATTORNEYS payment of all outstanding medical bills or liens are the responsibility of the client.*

# DISBURSEMENT STATEMENT
## FOR PAST MEDICAL EXPENSES

**Dennis Murphy, et al., vs. United States of America**
**Case No. 17-CV-00384-JAP-JHR**

| | | |
|---|---:|---:|
| **JUDGMENT - PAST MEDICAL EXPENSES** | | $500,000.00 |
| ( 3% of Gross Judgment $15,357.497.00) | | |
| **LESS Attorney Fees, Tax and Costs** | | -$137,963.74 |
| Attorney's Fees (25%) | 125,000.00 | |
| NM Gross Receipts Tax (7.875%) | 9,843.75 | |
| Costs Advanced **@ 3% of Total** * (See Exhibit 1, 2 & 3) | 3,119.99 | |

| | | |
|---|---|---:|
| Barudin costs | $ | 42,223.05 |
| Carpenter costs | $ | 39,696.45 |
| Kaplan costs | $ | 22,080.26 |
| Total * | $ | 103,999.76 |

*\* Less any costs awarded by the Court on Plaintiffs' Bill of Costs in the amount of $13,852.84 (Doc. 278)*

| | |
|---|---:|
| **NET Recovery** | **$362,036.26** |

**Payment to: Healthcare lien (Plaintiff's will satify the BC/BS lient**

**BALANCE** _____    _____

**ACCEPTED:**

_____    Dated: _____
**Dennis Murphy**


_____    Dated: _____


*Unless otherwise listed above as paid by ATTORNEYS, payment of all outstanding medical bills or liens are the responsibility of the client.*

# DISBURSEMENT STATEMENT
# FOR DOMINIQUE BILLY PAST MEDICAL CARE

*Dennis Murphy, et al., vs. United States of America*
Case No. 17-CV-00384-JAP-JHR

| | | |
|---|---:|---:|
| **JUDGMENT -  Dominique Billy Past Medical Care** | | $637,840.00 |
| ( 4% of Gross Judgment $15,357.497.00)    $       637,840.00 | | |
| | | |
| **LESS Attorney Fees, Tax and Costs** | | -$176,177.47 |
| Attorney's Fees (25%) | 159,460.00 | |
| NM Gross Receipts Tax (7.875%) (see Exh 4) | 12,557.48 | |
| Costs Advanced **@ 4% of Total *** (See Exhibit 1, 2 & 3) | 4,159.99 | |
| Barudin costs               $        42,223.05 | | |
| Carpenter costs           $        39,696.45 | | |
| Kaplan costs                $        22,080.26 | | |
| Total *                           $      103,999.76 | | |

\* Less any costs awarded by the Court on Plaintiffs' Bill of Costs (Doc 278) total $13,852.84

| | |
|---|---:|
| **NET to Dominique Billy** | **$461,662.53** |

**ACCEPTED:**

_____          Dated: _____
**Dennis Murphy**


_____          Dated: _____


*Unless otherwise listed above as paid by ATTORNEYS, payment of all outstanding medical bills or liens are the responsibility of the client.*

# DISBURSEMENT STATEMENT
# FOR FUTURE MEDICAL NEEDS

*Dennis Murphy, et al., vs. United States of America*
*Case No. 17-CV-00384-JAP-JHR*

| | | | |
|---|---|---|---|
| **JUDGMENT - Future Medical Needs** | | | $ 14,219,657.00 |
| ( 93% of Gross Judgment $15,357.497.00) | | | |
| | | | |
| **LESS Attorney Fees, Tax and Costs** | | | -$3,931,583.52 |
| Attorney's Fees (25%) | | 3,554,914.25 | |
| NM Gross Receipts Tax (7.875%) (see Exh 4) | | 279,949.50 | |
| Costs Advanced **@93% of Total** * (See Exhibit 1, 2 & 3) | | 96,719.78 | |
| Barudin costs | $ 42,223.05 | | |
| Carpenter costs | $ 39,696.45 | | |
| Kaplan costs | $ 22,080.26 | | |
| Total * | $ 103,999.76 | | |

\* Less any costs awarded by the Court on Plaintiffs' Bill of Costs (Doc 278) total $13,852.84

| | |
|---|---|
| **NET** Judgment - Future Medical Need | **$10,288,073.48** |
| | |
| **Payment to NM Bank & Trust for Future Medical Needs** | -$10,288,073.48 |
| | |
| **BALANCE** | **$0.00** |

**ACCEPTED:**

_____   Dated: _____
**Dennis Murphy**

_____   Dated: _____

*Unless otherwise listed above as paid by ATTORNEYS payment of all outstanding medical bills or liens are the responsibility of the client.*

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Check | 05/20/2016 | 6294 | Gallup Med Flight | Natalie Dotson  2/28/2016 | 40.00 |
| Check | 06/06/2016 | 6303 | UNMHSC/University Hospital | Dotson- 81102239 | 44.00 |
| Check | 06/21/2016 | 6326 | UNMHSC/University Hospital | Dotson - Records  81433528 | 10.00 |
| Check | 06/21/2016 | 6327 | Gallup Indian Medical Center | Records - Natalie Dotson   GIMC 260428 | 25.00 |
| Check | 08/14/2016 | 6351 | MedView, LLC | Dotson - Invoice 6181 | 1,042.00 |
| Check | 12/16/2016 | 6424 | UNMHSC/University Hospital | Dotson - 84535210 | 26.00 |
| Check | 04/18/2017 | 6495 | Reliable | Dotson - Invoice 18049-17 | 47.22 |
| Check | 04/27/2017 | 6521 | Kelley Servers | Dotson - SOP - Miracle Recreational | 80.00 |
| Check | 04/27/2017 | 6522 | Worldwide Investigation Services, LLC | Dotson - SOP - Playpower, Inc. | 75.00 |
| Check | 05/05/2017 | 6525 | Marcia Williams | Dotson - Gallup SOP | 60.00 |
| Check | 05/23/2017 | 6549 | Reliable | Dotson - 18262-17 | 94.44 |
| Check | 08/29/2017 | 6619 | UNMHSC/University Hospital | Dotson -  88599992 | 26.00 |
| Check | 11/26/2017 | 6659 | New Mexico Depo | Ella Begay Depo - Invoice 20171093 | 645.89 |
| Check | 11/26/2017 | 6662 | Moir Litigation Video | Dotson - Video of Ella Begay Invoice 816 | 455.53 |
| Check | 11/26/2017 | 6665 | Graphics for Litigators | Dotson - Invoice 55953 | 195.00 |
| Check | 12/07/2017 | 6680 | Dr. Gregory B. Hammer | Natalie Dotson v. USA  - Retainer | 2,500.00 |
| Check | 01/04/2018 | 6707 | UNM/HSC Department of Pediatrics | Dotson - Consultation  Dr. Denise Taylor | 600.00 |
| Check | 01/24/2018 | 6718 | Brian McDonald, Ph.D | NED v USA | 2,680.78 |
| Check | 02/12/2018 | 6723 | Bouley & Schippers | Dotson v USA  Invoice 11325 | 473.70 |
| Check | 02/12/2018 | 6725 | Freeman Process Server | Dotson   Invoice FPS-2018-0066 | 50.00 |
| Check | 02/12/2018 | 6726 | Med View LLC | Dotson v USA  Invoice 6518 | 7,573.91 |
| Check | 03/05/2018 | 6738 | UNMHSC/University Hospital | Dotson - Request 91065721 | 116.00 |
| Check | 03/05/2018 | 6739 | Alliance Reporting Solutions | Dotson - Invoice 1812064 | 498.75 |
| Check | 03/22/2018 | 6743 | Federal Express | Invoice 6-105-12953 | 51.92 |
| Check | 03/22/2018 | 6746 | Family Eye Care of New Mexico | Dotson - 60200 | 30.00 |
| Check | 04/09/2018 | 6760 | HME Specialists LLC | Dotson - Invoice 7153693 | 12.00 |
| Check | 05/04/2018 | 6764 | Med View LLC | Dotson - Invoice 6569 | 825.60 |
| Check | 05/04/2018 | 6765 | Brian McDonald, Ph.D | Dotson | 1,148.91 |
| Check | 05/04/2018 | 6770 | Bean & Associates, Inc. | Dotson -Invoice 4952K | 233.59 |
| Check | 05/04/2018 | 6771 | Bean & Associates, Inc. | Dotson - Invoice 4950K | 183.26 |
| Check | 05/04/2018 | 6772 | Bean & Associates, Inc. | Dotson - Invoice 4948K | 210.36 |
| Check | 06/06/2018 | 6783 | Bean & Associates, Inc. | Dotson - Invoice 5053K | 477.95 |
| Check | 06/18/2018 | 6800 | UNMHSC/University Hospital | Dotson    Request 93214880 | 95.50 |
| Check | 07/13/2018 | 6816 | New Mexico Depo | Dotson- Invoice 20180666 | 83.85 |
| Check | 07/13/2018 | 6817 | New Mexico Depo | Dotson - Invoice  20180667 | 161.25 |
| Check | 07/13/2018 | 6823 | The Video People | Invoice 761 | 502.56 |
| Check | 07/13/2018 | 6824 | Federal Express | Invoice 6-237-00280 | 17.26 |
| Check | 07/13/2018 | 6833 | Bean & Associates, Inc. | Dotson - Invoice 5053K | 477.95 |
| Check | 08/08/2018 | 6839 | New Mexico Depo | Dotson - 20180677 | 141.90 |
| Check | 08/21/2018 | 6853 | Bean & Associates, Inc. | Dotson - 5087K | 363.07 |
| Check | 12/05/2018 | 6900 | Rayeann Marcelli | Dotson - Medical Records Request 96409441 | 111.00 |
| Check | 01/02/2019 | 6920 | Brian McDonald, Ph.D | Dotson - Report | 1,537.22 |
| Check | 01/21/2019 | 6943 | Moir Li igation Video | Dotson   Invoice 1548 | 104.84 |
| Check | 03/08/2019 | 6981 | UNMHSC/University Hospital | Dotson   Request  98984562 | 88.25 |
| Check | 06/19/2019 | 7064 | John De La Rosa, CCR | VOID: Murphy v USA - Final PTC transcript | 0.00 |
| Check | 06/26/2019 | 7071 | John De La Rosa, CCR | Murphy v USA - Final PTC transcript | 484.30 |
| Check | 09/20/2019 | 7112 | City of Albuquerque | VOID: W001253435 | 0.00 |
| Check | 09/29/2019 | 7118 | Med View LLC | Dotson - Invoice 976668 | 11,258.11 |
| Check | 09/29/2019 | 7121 | Moir Litigation Video | VOID: Dotson - Invoice 1950 | 0.00 |
| Check | 09/29/2019 | 7126 | Moir Litigation Video | Dotson - Invoice 1950 | 633.30 |
| Check | 12/03/2019 | 7156 | John De La Rosa, CCR | Mur[hy v USA | 748.54 |
| Check | 03/12/2020 | 7214 | Med View LLC | Dotson - Final Invoice | 4,881.34 |

|  |  |  |  | **TOTAL DOTSON COSTS** | **42,223.05** |

## COSTS SHEET

| Date | Num | Name | Memo | Original Amount | Paid Amount |
|---|---|---|---|---:|---:|
| 08/04/2016 | 28756 | ALEXANDER W SCHERMER | EXPERT (INV 7-10-16) | 300.00 | 300.00 |
| 09/08/2016 | 28802 | ALEXANDER W SCHERMER | EXPERT (INV 8-31-16) | 600.00 | 600.00 |
| 03/30/2017 | 28995 | ERIN D. BIGLER, PH.D. | EXPERT RETAINER | 3,850.00 | 3,850.00 |
| 03/30/2017 | 28996 | BYU COMPREHENSIVE CLINIC | EXPERT RETAINER | 1,750.00 | 1,750.00 |
| 04/05/2017 | 29000 | ALEXANDER W SCHERMER | EXPERT (INV 3-31-17) | 1,200.00 | 1,200.00 |
| 04/07/2017 | 576358992 | FEDEX | SHIPPING TO E.BIGLER | 69.20 | 69.20 |
| 05/05/2017 | 579230292 | FEDEX | SHIPPING TO E.BIGLER | 62.28 | 62.28 |
| 12/12/2017 | 4 | ALEXANDER W SCHERMER | EXPERT (12/1/17) | 1,200.00 | 1,200.00 |
| 01/10/2018 | Temp3 | SHARON ANN GUERRA | EXPERT (#0529) | 321.56 | 321.56 |
| 01/24/2018 | 29255 | SHARON ANN GUERRA | EXPERT (#0530) | 602.93 | 602.93 |
| 02/20/2018 | 29280 | JOCELYN C. AMBERG MSN RN | CONSULTATION | 375.00 | 375.00 |
| 02/27/2018 | 29285 | JAMES L. LOWRY, M.D. | Legal Consultation | 600.00 | 600.00 |
| 03/28/2018 | 20180204 | New Mexico Depo | DEPO - KELLI COGGINS SMITH | 940.84 | 940.84 |
| 03/28/2018 | 536 | SHARON ANN GUERRA | EXPERT (#0536) | 442.15 | 442.15 |
| 03/28/2018 | 537 | SHARON ANN GUERRA | EXPERT (#0538) | 602.93 | 602.93 |
| 03/29/2018 | 29314 | PAUL BACA COURT REPORTERS | DEPOS (Sandoval, MacNeil MD, Tyler) | 939.12 | 939.12 |
| 04/10/2018 | 29327 | MOIR LITIGATION VIDEO | DEPO (Sandoval, Macneil MD Tyler) | 872.79 | 872.79 |
| 05/01/2018 | 29346 | SHARON ANN GUERRA | EXPERT (#0539) | 1,004.88 | 1,004.88 |
| 05/02/2018 | 29324 | HSC Pediatric | CONSULTATION with DR. TAYLOR | 600.00 | 600.00 |
| 05/30/2018 | 29365 | MEDVIEW | EXPERT fees Joan Schofield | 2,152.15 | 2,152.15 |
| 07/10/2018 | 29398 | FEDEX | Shipping to S. Nelson | 46.21 | 46.21 |
| 07/17/2018 | 29405 | CITI CARDS | Shipping to S. Nelson | 49.80 | 49.80 |
| 07/26/2018 | 29407 | DOLORES GONZALES | Trial Witness Fee | 192.60 | 192.60 |
| 07/26/2018 | 29406 | Marcia Williams | Service of Process (Dolores Gonzales) | 50.00 | 50.00 |
| 07/30/2018 | 29538 | MOOTS PRODUCTION | Video (ND at therapy) | 844.77 | 844.77 |
| 08/21/2018 | 29428 | SHARON ANN GUERRA | EXPERT FEE (#0542) | 267.97 | 267.97 |
| 08/21/2018 | 29428 | SHARON ANN GUERRA | EXPERT FEE (#0545) | 361.76 | 361.76 |
| 08/28/2018 | 29431 | MARIO DEVES | PAINTING OF MODEL | 70.00 | 70.00 |
| 09/06/2018 | 29433 | BEAN & ASSOCIATES, INC. | Depo - Sharon Guerra | 246.44 | 246.44 |
| 09/20/2018 | 29446 | Bouley & Schippers | Depo - Stephen Waite MD | 284.05 | 284.05 |
| 09/27/2018 | 29456 | U.S. BANK | UNMH Medical Records | 10.00 | 10.00 |
| 10/04/2018 | 29460 | NEUROEVAL, LTD | CONSULTATION (Don Seelinger Phd) | 862.80 | 862.80 |
| 10/10/2018 | | | Deposit | -267.97 | -267.97 |
| 10/25/2018 | 294678 | SHARON ANN GUERRA | EXPERT FEE (#0544) | 200.98 | 200.98 |
| 01/08/2019 | 29407 | DOLORES GONZALES | VOIDED Check | -192.60 | -192.60 |
| 03/21/2019 | 29589 | ERIN D. BIGLER, PH.D. | EXPERT CONSULTATION | 275.00 | 275.00 |
| 04/09/2019 | 29611 | SANDIA NEUROPSYCHOLOGY | Medical Records Doston | 40.00 | 40.00 |
| 04/18/2019 | 29584 | FEDEX | package to Erin Bigler PhD. | 30.11 | 30.11 |
| 05/14/2019 | 29630 | DOLORES GONZALES | Murphy- USA Witness Fee | 202.40 | 202.40 |
| 05/21/2019 | 29631 | Marcia Williams | Service of Process | 50.00 | 50.00 |
| 08/15/2019 | 29704 | NICOLE ESSENMACHER,SLP | WITNESS FEE- ESSENMACHER | 42.90 | 42.90 |
| 08/15/2019 | 29705 | AMANDA CHAVEZ , PT | WITNESS FEE CHAVEZ | 42.90 | 42.90 |
| 08/15/2019 | 29706 | ANNIE RAMIREZ, O.T. | WITNESS FEE RAMIREZ | 42.90 | 42.90 |
| 08/15/2019 | 29707 | DENISE EVETTE TAYLOR, MD | Medical Records Doston | 40.00 | 40.00 |
| 08/15/2019 | 29709 | SAM E. ORTEGA | WITNESS FEE  ORTEGA | 0.00 | 0.00 |
| 09/05/2019 | 29723 | ERIN D. BIGLER, PH.D. | EXPERT CONSULTATION | 14,498.00 | 14,498.00 |
| 09/10/2019 | 29724 | UNMHSC/CARRIE TINGLEY HOSPITAL | Medical Records Doston | 81.50 | 81.50 |
| 09/10/2019 | 29727 | FEDEX | Package to Hon. Richard Eaton | 99.70 | 99.70 |
| 09/26/2019 | 29736 | M. BRIAN McDONALD | EXPERT CONSULTATION | 3,330.64 | 3,330.64 |
| 10/01/2019 | 29748 | ALEXANDER W SCHERMER | EXPERT CONSULTATION | 2,503.17 | 2,503.17 |
| 12/03/2019 | 29779 | JOHN DE LA ROSA CCR | Transcript Invoice - 20190050 | 47.09 | 47.09 |
| 02/01/2020 | deposit | ERIN D. BIGLER, PH.D. | Refund from E.Bigler -Unused Retainer | -3,142.50 | -3,142.50 |
| | | **TOTAL CASE COSTS** | | **$ 39,696.45** | **39,696.45** |

KAPLAN LUKOWSKI
COSTS SHEET

### Dotson, Jake (Minor child Natalie Dotson)

| Type | Date | Source Name | Memo | Account | | Paid Amount | Subtotal by account |
|---|---|---|---|---|---|---|---|
| Check | 07/05/2016 | Stephen Lieberman, MD | Retainer | 5130 | Experts | $ 1,000.00 | |
| Bill | 07/25/2016 | Stephen Lieberman, MD | Review of medical records (5 hrs @ $450 = $2250 less $1000 retainer | 5130 | Experts | $ 1,250.00 | |
| Check | 10/26/2017 | Stephen Nelson, MD | Causation expert | 5130 | Experts | $ 2,500.00 | |
| Bill | 01/09/2018 | Child Neurology Consulting, LLC | Record review (2 hrs); conference/correspondence (2 hrs); literature research (1 hr); expert rep... | 5130 | Experts | $ 5,056.06 | |
| Bill | 01/26/2018 | Stephen Lieberman, MD | 6 hours @ $450/hour | 5130 | Experts | $ 2,700.00 | |
| Bill | 06/29/2018 | Child Neurology Consulting, LLC | Advance payment for IME 7/27/18 | 5130 | Experts | $ 1,500.00 | |
| Bill | 08/24/2018 | Child Neurology Consulting, LLC | Review of new records (5 hrs); conference/correspondence (1 hr); Literature research (1 hr) 97 ... | 5130 | Experts | $ 3,500.00 | |
| Bill | 08/24/2018 | Child Neurology Consulting, LLC | 4/17/18--8/19/18: Review of new records (6 hrs); Conference/correspondence (3 hrs) (9 hours @ ... | 5130 | Experts | $ 4,500.00 | |
| | | | | | | | $ 22,006.06 |
| Check | 06/04/2018 | Clerk, Northern District of Georgia | Certificate of good standing | 5190 | Other client dis | $ 19.00 | $ 19.00 |
| Bill | 07/15/2016 | Amplify Savings | Fedex SON to Stephen Lieberman MD | 6440 | Delivery and co | $ 23.70 | $ 23.70 |
| Bill | 7/31/2019 | Fidelity Bank Visa | Elsevier: Science Direct | 6540: Library | | $ 31.50 | $ 31.50 |
| | | | **TOTAL COSTS** | | | **$ 22,080.26** | **$ 22,080.26** |