## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

DENNIS MURPHY, Guardian Ad Litem for
N.E.D., an incapacitated minor; JACOB
DOTSON; DOMINQUE BILLY, individually
and as next friend of I.C. and S.D., minors

       Plaintiffs,

v.                                                                                    No. 1:17-CV-00384 JAP-JHR

THE UNITED STATES OF AMERICA,

       Defendant.

## CERTIFICATE OF SERVICE

This is to certify that Plaintiffs filed their ***Plaintiffs-Appellants' Request for Post Judgment Interest*** on the 12th day of July, 2021 via Federal Express to Gene L. Dodaro, United States Comptroller General, Government Accountability Office, and to Janet L. Yellen, Secretary of the Treasury, United States Department of the Treasury.

       Respectfully submitted,

       BARUDIN LAW FIRM, P.C.

       */s/ Theodore W. Barudin*
       Theodore W. Barudin
       7900 Menaul NE
       Albuquerque, NM 87110
       Phone: 505-332-1800
       Fax: 505-271-1888
       tbarudin@barudinlaw.com

WILLIAM H. CARPENTER LAW OFFICE, LTD.
William H. Carpenter
P.O. Box 35070
Albuquerque, NM 87176-5070
Phone: 505-243-1336
Fax: 505-243-1339
bill@carpenter-law.com

KAPLAN & LUKOWSKI, LLP
Ronald Ivan Kaplan
333 Sandy Springs Circle, Suite 200
Atlanta, GA 30328
Phone: 404-845-0012
Fax: 404-845-0028
rik@kaplanlegal.com

*Attorneys for Plaintiffs*